IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:15-CV-119-RJC-DCK

| | |
|---|---|
| CHESTER BAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  ORDER<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Scott C. Harris, concerning Michael Flannery on March 30, 2015.  Mr. Michael Flannery seeks to appear as counsel *pro hac vice* for Plaintiff Chester Bailey.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.**  Mr. Michael Flannery is hereby admitted *pro hac vice* to represent Plaintiff Chester Bailey.

Signed: March 30, 2015

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge