IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:15-CV-119-RJC-DCK

| | |
|---|---|
| CHESTER BAILEY, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| NVIDIA CORPORATION, ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Scott C. Harris, concerning Esfand Y. Nafisi on March 30, 2015.  Mr. Esfand Y. Nafisi seeks to appear as counsel *pro hac vice* for Plaintiff Chester Bailey.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.**  Mr. Esfand Y. Nafisi is hereby admitted *pro hac vice* to represent Plaintiff Chester Bailey.

Signed: March 31, 2015

David C. Keesler
United States Magistrate Judge