# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:15-CV-119-RJC-DCK

| | | |
|---|---|---|
| **CHESTER BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NVIDIA CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Action Pending Transfer To Judicial Panel On Multidistrict Litigation" (Document No. 18) filed May 20, 2015.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Action Pending Transfer To Judicial Panel On Multidistrict Litigation" (Document No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report on **July 20, 2015**, and every **sixty (60) days** thereafter, until this case is closed.

**SO ORDERED**.

Signed: May 20, 2015

David C. Keesler
United States Magistrate Judge