**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-119-RJC-DCK**

| | |
|---|---|
| **CHESTER BAILEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **NVIDIA CORPORATION,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Transfer Venue" (Document No. 21) filed September 17, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and the consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Transfer" (Document No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action shall be transferred to the Northern District of California.

**SO ORDERED**.

Signed: September 17, 2015

David C. Keesler
United States Magistrate Judge